IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00489-DAO |
| Plaintiff, | ORDER DISMISSING THE COMPLAINT WITHOUT PREJUDICE |
| vs. | |
| TIMOTHY GIBSON, | Magistrate Judge Cecilia M. Romero |
| Defendant. | |

Based on the motion filed by the United States, with good cause having been shown, the Court makes the following finding and enters the following order:

The Court grants the Motion and authorizes the United States to file a notice of dismissal of the complaint in the above-referenced case, signed on May 13, 2024. The case is to be dismissed without prejudice for the reasons given in the Motion.

DATED this 31st day of May, 2024.

BY THE COURT:

_Daphne A. Oberg_
DAPHNE A. OBERG
United States Magistrate
Judge